**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : : : | Master File No. 2:12-md-02311 Judge Marianne O. Battani Special Master Gene J. Esshaki |
| | : | |
| IN RE WIRE HARNESS SYSTEMS | : | Case No. 2:12-cv-00103 |
| IN RE ALTERNATORS | : | Case No. 2:13-cv-00703 |
| IN RE STARTERS | : | Case No. 2:13-cv-01103 |
| IN RE IGNITION COILS | : | Case No. 2:13-cv-01403 |
| IN RE HID BALLASTS | : | Case No. 2:13-cv-01703 |
| IN RE ELECTRONIC POWERED STEERING ASSEMBLIES | : : | Case No. 2:13-cv-01903 |
| IN RE FUEL INJECTION SYSTEMS | : | Case No. 2:13-cv-02203 |
| IN RE VALVE TIMING CONTROL DEVICES | : : | Case No. 2:13-cv-02503 |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO END-PAYOR ACTIONS | : : : | |
| | : | |

**END-PAYOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF
PROPOSED AMENDED SETTLEMENT WITH MITSUBISHI ELECTRIC
DEFENDANTS AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASSES**

On April 15, 2016, End-Payor Plaintiffs ("EPPs") moved the Court for an order

preliminarily approving a proposed settlement between EPPs and Mitsubishi Electric Corporation,

Mitsubishi Electric US Holdings, Inc., and Mitsubishi Electric Automotive America, Inc.

(together, "Mitsubishi Electric Defendants") and provisional certification of the proposed

Settlement Classes in the above-captioned cases.[1] EPPs then supplemented that Motion with information regarding allocation of the Settlement Amount among the above-captioned cases on May 9, 2016.[2]  The Court entered an order granting the motion on June 8, 2016.[3]

On July 22, 2016, EPPs and the Mitsubishi Electric Defendants entered into an Amended Settlement Agreement (Ex. A). The Amended Settlement Agreement is substantively identical to the Settlement Agreement attached as Exhibit 1 to the Motion,[4] which the Court preliminarily approved. The only substantive change between the two agreements is the Amended Settlement Agreement removes references to, and the requirement of, a "trust" and "trustee" at paragraphs 38 and 40(f). Instead, the Amended Settlement Agreement replaces them with references to "escrow accounts" and "escrow agent," respectively.

*Compare:*

> Subject to the provisions hereof, the Mitsubishi Electric Defendants shall pay or cause to be paid the Settlement Amount. The Settlement Amount shall be paid in United States Dollars to a **trust** established under Delaware law (the "Settlement Funds") by Settlement Class Counsel . . .

Settlement Agreement at ¶ 38 (emphasis added).

> Subject to the provisions hereof, the Mitsubishi Electric Defendants shall pay or cause to be paid the Settlement Amount. The Settlement Amount shall be paid in

---

[1] *See*, *e.g.*, Motion for Preliminary Approval of Proposed Settlement with Mitsubishi Electric Defendants and Provisional Certification of Settlement Classes, Case No. 2:12-cv-00103, ECF No. 451 (Apr. 15, 2016) ("Motion").

[2] *See*, *e.g.*, End-Payor Plaintiffs' Supplement to Motion for Preliminary Approval of Proposed Settlement with Mitsubishi Electric Defendants and Provisional Certification of Settlement Classes, Case No. 2:12-cv-00103, ECF No. 473 (May 9, 2016).

[3] *See*, *e.g.*, Order Granting End-Payor Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Mitsubishi Electric Defendants and Provisional Certification of Settlement Classes, Case No. 2:12-cv-00103, ECF No. 488 (June 8, 2016) ("Order").

[4] *See*, *e.g.*, Motion, Case No. 2:12-cv-00103, ECF No. 451-1 (Apr. 15, 2016).

United States Dollars to **one or more escrow accounts** (the "Settlement Funds")
by Settlement Class Counsel . . .

Amended Settlement Agreement at ¶ 38 (emphasis added).

*Compare also:*

40(f).  . . . The **Trustee** and/or Settlement Class Counsel shall indemnify and hold
the Mitsubishi Electric Defendants and the Releasees harmless for Taxes and Tax
Expenses (including taxes payable by reason of such indemnification).

Settlement Agreement at ¶ 40(f) (emphasis added).

40(f).  . . . The **Escrow Agent** and Settlement Class Counsel shall indemnify and
hold the Mitsubishi Electric Defendants and the Releasees harmless for Taxes and
Tax Expenses (including taxes payable by reason of such indemnification).

Amended Settlement Agreement at ¶ 40(f) (emphasis added).

There are no other substantive differences between the Settlement Agreement and
Amended Settlement Agreement. The parties to those Agreements and the Settlement Amount of
$64,229,268.00 remain unchanged. The arguments set forth in the Memorandum of Law in
Support of End-Payor Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with
Mitsubishi Electric Defendants and Provisional Certification of Settlement Classes
("Memorandum of Law")[5] likewise support preliminarily approving the proposed amended
settlement between EPPs and Mitsubishi Electric. EPPs therefore ask the Court to consider said
Memorandum of Law in its determination of whether to grant this motion.

Based on the previously submitted Memorandum of Law, and for the foregoing reasons,
EPPs respectfully request that the Court grant this motion for preliminary approval of the proposed
amended settlement and that the Court enter the accompanying Proposed Order:

1. Vacating the June 8, 2016 Order;

---

[5] *See*, *e.g.*, Motion, Case No. 2:12-cv-00103, ECF No. 451 (Apr. 15, 2016).

3

2. Preliminarily approving the Amended Settlement Agreement (Ex. A);

3. Provisionally certifying the proposed Settlement Classes;

4. Staying the proceedings against the Mitsubishi Electric Defendants (as defined in the Amended Settlement Agreement) in accordance with the terms of the Amended Settlement Agreement;

5. Appointing Interim Co-Lead Class Counsel for EPPs as Settlement Class Counsel for this settlement.

Date: August 12, 2016                         Respectfully submitted,

                                              */s/ Steven N. Williams*
                                              Steven N. Williams
                                              Elizabeth Tran
                                              Demetrius X. Lambrinos
                                              **COTCHETT, PITRE & McCARTHY, LLP**
                                              San Francisco Airport Office Center
                                              840 Malcolm Road
                                              Burlingame, CA 94010
                                              Telephone: (650) 697-6000
                                              swilliams@cpmlegal.com
                                              etran@cpmlegal.com
                                              dlambrinos@cpmlegal.com

                                              Hollis Salzman
                                              Bernard Persky
                                              William V. Reiss
                                              **ROBINS KAPLAN LLP**
                                              601 Lexington Avenue, Suite 3400
                                              New York, NY 10022
                                              Telephone: (212) 980-7400
                                              Hsalzman@RobinsKaplan.com
                                              Bpersky@RobinsKaplan.com
                                              Wreiss@RobinsKaplan.com

                                              Marc M. Seltzer
                                              Steven G. Sklaver
                                              **SUSMAN GODFREY L.L.P.**
                                              1901 Avenue of the Stars, Suite 950

4

Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
901 Main Street, Suite 5100
Dallas, TX 75202
Telephone: (214) 754-1900
toxford@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the*
*Proposed End-Payor Plaintiff Classes*

E. Powell Miller
Devon P. Allard
Mariell R. McLatcher
**THE MILLER LAW FIRM, P.C**.
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dpa@millerlawpc.com
mrm@ millerlawpc.com

*Interim Liaison Class Counsel for the*
*Proposed End-Payor Plaintiff Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2016 I caused the foregoing END-PAYOR PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED AMENDED SETTLEMENT WITH MITSUBISHI ELECTRIC DEFENDANTS AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASSES to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Steven N. Williams*
Steven N. Williams